(July 2, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
MICHAEL ALGARIN, Appellant. [11 NYS3d 482]—Judgment,
Supreme Court, New York County (Cassandra M. Mullen, J.),
rendered May 28, 2013, convicting defendant, after a jury trial,
of criminal possession of a weapon in the third degree, assault
in the third degree and criminal mischief in the fourth degree,
and sentencing him, as a second felony offender, to an aggre-
gate term of 2½ to 5 years, unanimously affirmed.

The court erred in its determination that defendant opened
the door to a modification of its *Sandoval* ruling. Nonetheless
the error was harmless in light of the remaining overwhelming
evidence of guilt.

The verdict was not against the weight of the evidence (*see
People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no
basis for disturbing the jury's determinations concerning cred-
ibility, and its mixed verdict does not warrant a different
conclusion (*see People v Rayam*, 94 NY2d 557 [2000]).

Defendant's challenge to the court's jury charge is unpre-
served and we decline to review it in the interest of justice. As
an alternative holding, we find no basis for reversal. Concur—
Gonzalez, P.J., Sweeny, Renwick, Saxe and Feinman, JJ.